## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
                                           :

                                         :    MAGISTRATE NO. 21-MJ-526
              V.                           :

                                         :

ZACHARY REHL, DEFENDANT         :

                                         :

## <u>ORDER</u>

**AND NOW,** this _____ day of _____, 2021, the Court, being advised that

the undersigned defense counsel and the defendant needs additional time to prepare,

concludes that the ends of justice are served by granting the Request for a Continuance of

the Detention Hearing.

      Therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A)(B), it is hereby ordered that

Defendant's Motion for a Continuance of the Detention Hearing is hereby **GRANTED**, and

that hearing in this matter shall commence on or after March 30, 2021 to be determined

by the Court.

                          BY THE COURT:

                          _____

                          HONORABLE TIMOTHY R. RICE
                          Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | MAGISTRATE NO. 21-MJ-526 |
| V. | : | |
| | : | |
| ZACHARY REHL, DEFENDANT | : | |
| | : | |

## DEFENDANT ZACHARY REHL'S MOTION FOR CONTINUANCE OF DETENTION HEARING

COMES NOW, Defendant Zachary Rehl, by and through his attorney, Shaka M. Johnson, Esquire, and requests a continuance of the Detention Hearing date.  In support of the instant motion, the defendant avers as follows:

1. He is the defendant in the above-captioned case.

2. A detention hearing is scheduled for March 23, 2021 before Honorable Timothy R. Rice at 12:00 PM.

3. Undersigned counsel for Zachary Rehl will not be prepared to proceed with the Detention Hearing because additional time is needed for preparations.

4. Undersigned counsel received the Government's motion for detention today, March 22, 2021, and after reviewing its contents, the defense needs more time to gather supporting documents to help overcome the presumption of detention.

5. Undersigned counsel has contacted Assistant United States Attorney Thomas R. Perricone but has not received a response.

**WHEREFORE**, for the reasons set forth above, Defendant, Zachary Rehl, by and through undersigned counsel, respectfully asks this Court to grant this Motion for a Continuance of Detention Hearing.

DATED: March 22, 2021

Respectfully submitted,

/s/ Shaka M. Johnson
Shaka M. Johnson, Esquire

**Law Office of Shaka Johnson, LLC**
1333 Christian Street
Philadelphia, PA 19147
(215) 732-7900
Shaka@Shakajohnsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :  MAGISTRATE NO. 21-MJ-526 |
| V. | : |
| | : |
| ZACHARY REHL, DEFENDANT | : |
| | : |

## CERTIFICATE OF SERVICE

I, Shaka M. Johnson, counsel for Zachary Rehl, hereby certify that on this 22nd day of March 2021, I caused a true and correct copy of the instant Motion for a Continuance of Detention Hearing to be served via the Court's electronic notification system upon:

Thomas R. Perricone, Esquire
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street
Philadelphia, PA 19106-4476

/s/ Shaka M. Johnson
Shaka M. Johnson, Esquire

**Law Office of Shaka Johnson, LLC**
1333 Christian Street
Philadelphia, PA 19147
(215) 732-7900
Shaka@Shakajohnsonlaw.com