# Attachment A—Zachary Rehl's Certificate of Release or Discharge

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

### CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| REHL ZACHARY WILLIAM | USMC-11 | 159   66   3662 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| CPL | E4 | 19850618 | 20120530 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| FORT DIX , NJ | 871 WILLOW STREET, SOUTHHAMPTON, (BUCKS), PA, US, 18966 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| HQHQSDN MCAS YUMA, AZ | IPAC MCAS YUMA, AZ RUC 45644 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| N/A | AMOUNT: $ 400,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 3112- TRAFFIC MANAGEMENT SPECIALIST ( 3 YEARS) | a. DATE ENTERED AD THIS PERIOD | 2008 | 10 | 14 |
| | b. SEPARATION DATE THIS PERIOD | 2012 | 05 | 30 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 03 | 07 | 17 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 00 | 00 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 00 | 07 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2011 | 12 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| MARINE CORPS GOOD CONDUCT MEDAL, GLOBAL WAR ON TERRORISM SERVICE MEDAL, NATIONAL DEFENSE SERVICE MEDAL, LETTER OF APPRECIATION, NAVY UNIT COMMENDATION, RIFLE SHARPSHOOTER BADGE. | BASIC DISTRIBUTION MANAGEMENT 2009 |

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | X | NO |
|---|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment: _____ ) | | YES | X | NO |

| 16. DAYS ACCRUED LEAVE PAID   RLB 0.0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

### 18. REMARKS
GOOD CONDUCT MEDAL PERIOD COMMENCED 20111014. DELAYED ENTRY PROGRAM 20080828 TO 20081013. MEMBER CONTRIBUTED $1,200 TO THE MGIB.
DISABILITY 10%. VA CODES 5201/5019/0000.

45644-2012-0477

The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 120 E FORT ST SHIPPENSSBURG PA 17257 | TANYA M ZWANETSKY (MOTHER) 871 WILLOW ST, SOUTHHAPTON, PA 18966 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)   PA   OFFICE OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X | YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| | 20120502 | MCCAIN.LETICIA.M.1097419546 | 20120502 |

DD FORM 214, AUG 2009    PREVIOUS EDITION IS OBSOLETE.    MEMBER - 1
Adobe Designer 8.0

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES          ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CORRECTION TO DD FORM 214,
## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) REHL, ZACHARY W. | 2. DEPARTMENT, COMPONENT AND BRANCH USMC-11 | 3. SOCIAL SECURITY NUMBER (Also, Service Number if applicable) | | |
|---|---|---|---|---|
| 4. MAILING ADDRESS (Include ZIP Code) 120 E. FORT ST. SHIPPENSSBURG, PA 17257 | | 159 | 66 | 3662 |

**5. ORIGINAL DD FORM 214 IS CORRECTED AS INDICATED BELOW:**

| ITEM NO. | CORRECTED TO READ |
|---|---|
| | SEPARATION DATE ON DD FORM 214 BEING CORRECTED: 20120530 |
| BLK 18 | DOCUMENT PREPARED FOR FINANCE OFFICERS ENDORSEMENT ONLY.  REF DD214 #45644-2012-0477. ------------------------------------------------AND NO OTHERS------------------------------------------------ |

45644-2012-0041

| 6. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)  PA  OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X YES | NO |

| 7. DATE (YYYYMMDD) | 8. OFFICIAL AUTHORIZED TO SIGN | | | |
|---|---|---|---|---|
| | a. TYPED NAME (Last, First, Middle Initial) | b. GRADE | c. TITLE | d. SIGNATURE |
| 20120424 | MCCAIN, L. V. | GS7 | SEPS CHIEF, BY DIR | |

**DD FORM 215, AUG 2009**          PREVIOUS EDITION IS OBSOLETE.

MEMBER - 1
Adobe Designer 8.0